UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUZ AQUINO,

    Plaintiff,

    v.

JP MORGAN CHASE BANK, et al.,

    Defendants.
_____/

No. C 12-5548 PJH

**ORDER RE DEADLINE FOR AMENDED COMPLAINT**

    The court is in receipt of a letter from plaintiff Luz Aquino ("plaintiff"), dated April 18, 2013, stating that plaintiff did not receive a copy of this court's order granting defendants' motion to dismiss, and thus was unable to file her amended complaint by the deadline of April 22, 2013.  While it does appear that plaintiff was sent a copy of the order on March 25, 2013 (see Certificate of Service, Dkt. 24-1), the court will, in this instance, re-send a copy of the dismissal order, and will allow plaintiff until **May 13, 2013** to file an amended complaint in accordance with this court's dismissal order.

    **IT IS SO ORDERED.**

Dated: April 23, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge